FILED

06/07/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0648

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0648

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

ANDREW PIERCE LAKE,

      Defendant and Appellant.

                            O R D E R

_____

      Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until July 6, 2021, to prepare, file and serve the Appellant's reply brief.

      No further extensions will be granted.

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
June 7 2021